1 **MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2 2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
3 PHONE (559) 233-2900
FAX (559) 485-3852
4

5 ATTORNEYS FOR Defendant,
MANUEL ALEJANDRO GARCIA
6

7
**UNITED STATES DISTRICT COURT**
8
**EASTERN DISTRICT OF CALIFORNIA**
9

10 UNITED STATES OF AMERICA,                Case No.:   11-CR-00354 LJO

11    Plaintiff,
                                           **STIPULATION TO CONTINUE**
12                                         **SENTENCING**
      vs.                                  **AND**
13                                         **O R D E R**

14 MANUEL ALEJANDRO GARCIA,

15    Defendants.

16 TO:  THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE
       and/or ITS REPRESENTATIVES:
17

18    **IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective

19 clients that the Sentencing hearing currently on calendar for October 15, 2013, at 8:30 a.m., be

20 continued to November 19, 2013, at 8:30 a.m., or as soon thereafter as is convenient to the court's

21 calendar.

22    **IT IS FURTHER STIPULATED** that the deadlines for filing informal and formal

23 objections to the Pre-Sentence Investigation Report be scheduled as follows:

24        Informal Objections to be served on or before October 26, 2013

25        Formal Objections to be filed on or before November 12, 2013.

26    This continuance is requested by counsel for Defendant, MANUEL ALEJANDRO GARCIA,

27 due to the fact that counsel needs additional time to file informal objections to the Probation Report.

28    Specifically, Probation has recommended a two-level increase for a weapon. Defendant

disputes that a weapon was involved in the transaction.

It is necessary to review the discovery to isolate those portions of the discovery, which includes reports and audio recordings, of the alleged conversations in order to prepare the informal objections, along with evidence.

Counsel for Defendant has spoken with Assistant U. S. Attorney, KIMBERLY SANCHEZ, who has no objection to this continuance.

Dated: September 26, 2013.        Respectfully Submitted,

                                       NUTTALL & COLEMAN

                                       /s/ Mark W. Coleman

                                       MARK W. COLEMAN
                                       Attorney for Defendant,
                                       MANUEL ALEJANDRO GARCIA

Dated: September 26, 2013.        UNITED STATES ATTORNEY'S OFFICE

                                       /s/ Kimberly Sanchez

                                       KIMBERLY SANCHEZ
                                       Assistant U.S. Attorney

\* \* \* \* \* \* \*

**O R D E R**

IT IS SO ORDERED.

**Dated:   September 26, 2013**        /s/  Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE