(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
MANUEL ALEJANDRO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | CASE NO.: **11-CR-00354 LJO** |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING** |
| MANUEL ALEJANDRO GARCIA, et al., | **AND** |
| | **O R D E R** |
| Defendant. | |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for November 19, 2013, at 8:30 a.m., be continued to December 16, 2013, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for filing informal and formal objections to the Pre-Sentence Investigation Report be scheduled as follows:

Informal Objections to be served on or before November 25, 2013.

Formal Objections to be filed on or before December 9, 2013.

This continuance is requested by counsel for Defendant, MANUEL ALEJANDRO GARCIA, due to the fact that counsel needs additional time to file informal objections to the Probation Report.

Specifically, Probation has recommended a two-level increase for a weapon. Defendant disputes that a weapon was involved in the transaction. Counsel for Defendant has been working with the Assistant United States Attorney to see whether a resolution could be reached. It does not appear that the parties will be able to agree on a resolution.

It is necessary for Counsel for Defendant to continue to review the discovery in order to isolate portions of the discovery which include reports and audio recordings of the alleged conversations in order to prepare the informal objections, along with appropriate evidence. The discovery in this case contains over 25,000 pages.

Counsel for Defendant has spoken with Assistant U. S. Attorney, KIMBERLY SANCHEZ, who has no objection to this continuance.

Dated: October 24, 2013.          Respectfully Submitted,

                                  NUTTALL & COLEMAN

                                  /s/ Mark W. Coleman

                                  MARK W. COLEMAN
                                  Attorney for Defendant,
                                  MANUEL ALEJANDRO GARCIA

Dated: October 24, 2013.          UNITED STATES ATTORNEY'S OFFICE

                                  /s/ Kimberly Sanchez

                                  KIMBERLY SANCHEZ
                                  Assistant U.S. Attorney

* * * * * * *

O R D E R

Granted, but no further continuances.

IT IS SO ORDERED.

Dated:  **October 25, 2013**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE