(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
MANUEL ALEJANDRO GARCIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL ALEJANDRO GARCIA, et al.,<br><br>Defendant. | CASE NO.: **11-CR-00354 LJO**<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**AND**<br>**O R D E R** |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for December 16, 2013, at 8:30 a.m., be continued to January 6, 2014, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

The continuance is requested by counsel for Defendant, MANUEL ALEJANDRO GARCIA. Counsel, Mark W. Coleman, has had a death in his family and must attend the funeral on Monday, December 16, 2013, in Auburn, CA.

Counsel for Defendant has spoken with Assistant U. S. Attorney, KIMBERLY SANCHEZ, who has no objection to this continuance.

Dated: December 11, 2013.                  Respectfully Submitted,

                                                 NUTTALL & COLEMAN

                                                 /s/ Mark W. Coleman

                                                 MARK W. COLEMAN
                                               Attorney for Defendant,
                                               MANUEL ALEJANDRO GARCIA

Dated: December 11 , 2013.                 UNITED STATES ATTORNEY'S OFFICE

                                               /s/ Kimberly Sanchez

                                               KIMBERLY SANCHEZ
                                               Assistant U.S. Attorney

                                                     * * * * * * *

                                                       O R D E R

IT IS SO ORDERED.

    Dated:   **December 11, 2013**                    **/s/ Lawrence J. O'Neill**
                                                                           UNITED STATES DISTRICT JUDGE