MCGREGOR W. SCOTT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>MANUEL GARCIA,<br><br>                Defendant. | CASE NO. 1:11-CR-00354-LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE;AND ORDER<br><br>DATE: August 24, 2020<br>TIME: 12:30 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
|---|---|

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for August 24, 2020, at 12:30 p.m. be continued to October 26, 2020, at 1:00 p.m. to allow for further defense investigation. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

Dated: August 19, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  August 19, 2020         /s/ Mark Coleman
                                Mark Coleman
                                Counsel for Defendant
                                Manuel Garcia

## **ORDER**

IT IS SO ORDERED that the Status Conference is continued from August 24, 2020, to **October 26, 2020, at 12:30 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **August 19, 2020**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE