McGREGOR W. SCOTT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00354-NONE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | DATE: January 27, 2021 |
| MANUEL GARCIA, | TIME: 1:00 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for October 26, 2020, at 12:30 p.m. be continued to January 27, 2021, at 1:00 p.m. to allow for further defense investigation. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

Dated: September 24, 2020                           McGREGOR W. SCOTT
                                                    United States Attorney

                                                    /s/ JUSTIN J. GILIO
                                                    JUSTIN J. GILIO
                                                    Assistant United States Attorney

///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  September 24, 2020           /s/ Mark Coleman
                                     Mark Coleman
                                     Counsel for Defendant
                                     Manuel Garcia

## **ORDER**

IT IS SO ORDERED that the status conference currently scheduled for October 26, 2020, at 12:30 p.m. is hereby continued to **January 27, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**

IT IS SO ORDERED.

Dated:  **September 25, 2020**           /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2