1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO. 1:11-CR-00354-NONE
12 |                       Plaintiff,   | STIPULATION TO CONTINUE STATUS
   |                                    | CONFERENCE; AND ORDER
13 |              v.                    |
   |                                    | DATE: January 27, 2021
14 | MANUEL GARCIA,                     | COURT: Hon. Barbara A. McAuliffe
15 |                       Defendant.   |

16
       IT IS HEREBY STIPULATED by and between the parties hereto through their respective
17
   counsel, that the status conference scheduled for January 27, 2021, at 1:00 p.m. be continued to March
18
   24, 2021, at 12:30 p.m. to allow for further defense investigation. Because this case involves a pending
19
   supervised release petition, no exclusion of time is necessary.
20

21   Dated: January 12, 2021                         McGREGOR W. SCOTT
                                                     United States Attorney
22

23                                                   /s/ JUSTIN J. GILIO
                                                     JUSTIN J. GILIO
24                                                   Assistant United States Attorney

25 ///
   ///
26 ///
   ///
27 ///
   ///
28 ///

   STIPULATION REGARDING EXCLUDABLE TIME           1
   PERIODS UNDER SPEEDY TRIAL ACT

Dated: January 12, 2021        /s/ Mark Coleman
                               Mark Coleman
                               Counsel for Defendant
                               Manuel Garcia

## ORDER

IT IS SO ORDERED that the status conference is continued from January 27, 2021, to **March 24, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **January 19, 2021**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE