PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>MANUEL GARCIA,<br><br>                    Defendant. | CASE NO. 1:11-CR-00354-NONE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>DATE: November 10, 2021<br>COURT: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for November 10, 2021, at 1:00 p.m. be continued to August 3, 2022, at 1:00 p.m. to allow this case to trail the associated federal case, 1:19-cr-00143-DAD. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

Dated: October 27, 2021                          PHILLIP A. TALBERT
                                                        Acting United States Attorney

                                                         /s/ JUSTIN J. GILIO
                                                         JUSTIN J. GILIO
                                                         Assistant United States Attorney

///
///
///
///
///
///
///

Dated:  October 27, 2021 　　　　　　/s/ Mark Coleman
　　　　　　　　　　　　　　　　　　Mark Coleman
　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　Manuel Garcia

## **ORDER**

IT IS SO ORDERED that the status conference is continued from November 10, 2021, to **August 3, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **November 1, 2021**　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE